July 17, 2008

**Callahan Lawyers Service**
50 Main Street
P.O. Box 632
Hackensack, NJ, 07602
(201) 489-2245 , (201) 489-8093 Fax

**RETURN SERVICE REQUESTED**

## Invoice

CORY WATSON CROWDER & DEGARIS, P.C.
2131 MAGNOLIA AVE.
BIRMINGHAM AL 35205

205-328-2200 Business

-------<

Reference Job **#39620** when remitting.

## PERSONAL

CHESTER R. MILLER vs NOVARTIS
PHARMACEUTICALS CORPORATION,

**Docket/Case Number: 08 CIV 5543**
**SUM Summons & Complaint**
**MERCK & CO., INC.**

Completed Personal Service to CONNIE BOYLE, LEGAL
ASSISTANT , Agent in Charge on
July 17, 2008 at 10:55 AM,
at: MERCK & CO., INC., 1 MERCK DRIVE, WHITEHOUSE
STATION, NJ 08889
by JAMES REAP, Process Server

Sex: **Female** Skin: **White** Hair: **Brown** Height: **5' 8"** Weight: **150-160 lbs** Age: **50**

Process Service Fee (1 Address, 1 Affidavit, Non-Rush) $75.00

Total Service Fees : $75.00
Amount Received: $75.00
Amount Due: $0.00

There is no balance due:   **$0.00**

Thank You!!
We appreciate your business!
**Our Tax ID: 22-2868766**

REMINDER
Callahan Lawyers Service can serve all of your process, including Summons and Complaints, locally,
nationally, and internationally.

| | |
|---|---|
| CHESTER R. MILLER )<br>)<br>V. )<br>)<br>NOVARTIS PHARMACEUTICALS CORPORATION )<br>) | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>Docket/Index # 08 CIV 5543<br><br>**Affidavit of Service** |

State of New Jersey
                    SS:
County of Bergen

I, **JAMES REAP** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, has no direct personal interest in this litigation, is over 18 years of age and resides in, the State of New Jersey.

That on **July 17, 2008** at **10:55 AM**, deponent served the within named **SUMMONS and COMPLAINT** upon **MERCK & CO., INC.**. Said service was effected at **MERCK & CO., INC., 1 MERCK DRIVE, WHITEHOUSE STATION, NJ 08889**, in the following manner;

A foreign corporation, by delivering thereat a true copy of each to **CONNIE BOYLE** personally. Deponent knew said corporation so served to be the corporation described as **MERCK & CO., INC.** and knew said individual to be the **LEGAL ASSISTANT** thereof, an authorized person to accept service of process.

**CONNIE BOYLE** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Female**   Skin Color: **White**   Hair: **Brown**   Age(Approx): **50**   Ht.(Approx): **5' 8"**   Wt.(Approx): **150-160 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me, on July 17, 2008

DANNY CALLAHAN
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 2/24/10

JAMES REAP, Process Server
Callahan Lawyers Service
50 Main Street
P.O. Box 632
Hackensack, NJ 07602
(201) 489-2245 , (201) 489-8093 (Fax)

CLS # 39620