<u>July 25, 2008</u>

**Callahan Lawyers Service**
50 Main Street
P.O. Box 632
Hackensack, NJ, 07602
(201) 489-2245 , (201) 489-8093 Fax

**RETURN SERVICE REQUESTED**

                                              **Invoice**

CORY WATSON CROWDER & DEGARIS, P.C.
2131 MAGNOLIA AVE.
BIRMINGHAM AL 35205

                                              205-328-2200 Business
                                              -------<

Reference Job **#39621** when remitting.

**PERSONAL**                    Process Service Fee (1 Address, 1 Affidavit, Non-Rush) $75.00

CHESTER R. MILLER vs NOVARTIS
PHARMACEUTICALS CORPORATION,           Total Service Fees : $75.00
                                       Amount Received: $75.00
**Docket/Case Number: 08 CIV 5543**    Amount Due: $0.00
**SUM Summons & Complaint**
**NOVARTIS PHARMACEUTICALS**
**CORPORATION**

Completed Personal Service to OLIVIER BASSI,
ATTORNEY , Agent in Charge on
July 22, 2008 at 2:50 PM,
at: NOVARTIS PHARMACEUTICALS CORPORATION, 59
STATE ROUTE 10, BUILDING #404, EAST HANOVER, NJ
07936
by JAMES REAP, Process Server

Sex: **Male** Skin: **White** Hair: **Black** Height: **5' 8"** Weight: **150-160 lbs** Age: **40**

                                              There is no balance due:   **$0.00**

Thank You!!
We appreciate your business!
**Our Tax ID: 22-2868766**

REMINDER
Callahan Lawyers Service can serve all of your process, including Summons and Complaints, <u>locally</u>,
<u>nationally</u>, and <u>internationally</u>.

Cory Watson Crowder & DeGaris, P.C.
2131 Magnolia Ave.
Birmingham, AL 35205
205-328-2200

| | |
|---|---|
| CHESTER R. MILLER ) <br> ) <br> V. ) <br> ) <br> NOVARTIS PHARMACEUTICALS CORPORATION ) <br> ) | UNITED STATES DISTRICT COURT <br> SOUTHERN DISTRICT OF NEW YORK <br> Docket/Index # 08 CIV 5543 <br><br> **Affidavit of Service** |

State of New Jersey
                    SS:
County of Bergen

I, **JAMES REAP** being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, has no direct personal interest in this litigation, is over 18 years of age and resides in, the State of New Jersey.

That on **July 22, 2008** at **2:50 PM**, deponent served the within named **SUMMONS and COMPLAINT** upon **NOVARTIS PHARMACEUTICALS CORPORATION**, Defendant. Said service was effected at **NOVARTIS PHARMACEUTICALS CORPORATION, 59 STATE ROUTE 10, BUILDING #404, EAST HANOVER, NJ 07936**, in the following manner;

A foreign corporation, by delivering thereat a true copy of each to **OLIVIER BASSI** personally. Deponent knew said corporation so served to be the corporation described as **NOVARTIS PHARMACEUTICALS CORPORATION** and knew said individual to be the **ATTORNEY** thereof, an authorized person to accept service of process.

**OLIVIER BASSI** is described to the best of deponent's ability at the time and circumstances of service as follows:
Sex: **Male**  Skin Color: **White**  Hair: **Black**  Age(Approx): **40**  Ht.(Approx): **5' 8"**  Wt.(Approx): **150-160 lbs**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on July 23, 2008

_Donna Jean Arciuolo_
Notary Public of New Jersey
My Commission Expires: November 27th 2012.

JAMES REAP, Process Server
Callahan Lawyers Service
50 Main Street
P.O. Box 632
Hackensack, NJ 07602
(201) 489-2245 , (201) 489-8093 (Fax)

CLS # 39621