UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHESTER R. MILLER,

               Plaintiff(s),

               v.

MERCK & CO., INC. and NOVARTIS
PHARMACEUTICALS CORPORATION,

               Defendant(s).

Civil Action No.:

1:08-cv-05543

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned, appearing on behalf of defendant

NOVARTIS PHARMACEUTICALS CORPORATION , in the captioned action, hereby

requests electronic notification of all papers filed with the Court by notice upon the following

email address: estein@gibbonslaw.com

Dated: New York, New York

August 11, 2008

           **GIBBONS , P.C.**
           One Pennsylvania Plaza, 37th Floor
           New York, New York 10119-3701
           (212) 649-4700
           *Attorney for Defendant*
           *Novartis Pharmaceuticals Corporation*

           By:_____
                   Ethan D. Stein